[No. 8,020.—Department One.]
July 27, 1882.

LUTHER C. TIBBETS ET UX. *v.* THE RIVERSIDE LAND AND IRRIGATING COMPANY.

UNINTELLIGIBLE COMPLAINT—DEMURRER.

APPEAL from a judgment for the defendant in the Superior Court of San Bernardino County.

The complaint in this case with exhibits covers thirty-five pages of the Transcript, and is therefore omitted.

*Luther C. Tibbetts* in person, for Appellants.

*Waters & Gibson,* for Respondent.

The COURT:

The complaint in this case is unintelligible, for which reason the demurrer was properly sustained.

Judgment affirmed.